IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 21-cr-490 |
| | : | |
| YOHANNESS AYECHEW, | : | VIOLATION: |
| | : | |
| | : | 26 U.S.C. § 7206(2) |
| Defendant. | : | (Aiding and Assisting in the Filing of a |
| | : | False Tax Return) |

## INFORMATION

The United States of America charges that:

### COUNT ONE

On or about April 15, 2018, in the District of Columbia and elsewhere, the Defendant, YOHANNES AYECHEW willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of an Individual Income Tax Return, Form 1040, for K.B. for calendar year 2017, which was false and fraudulent as to a material matter. That Form 1040 reported unreimbursed employee business expense deductions of $23,839 on line 21 of the Schedule A, Itemized Deductions, whereas, as Defendant knew, K.B. did not have deductible unreimbursed employee business expense deductions in calendar year 2017.

All in violation of Title 26, United States Code, Section 7206(2).

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: *Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor

Washington, D.C. 20530
(202) 803-1608
Leslie.Goemaat@usdoj.gov